435 F.2d 158
 Nell THRASH, Plaintiff-Appellant,
v.
Robert H. FINCH, Secretary of Health, Education and Welfare,
Defendant-Appellee.
 No. 29913 Summary Calendar.*
*Rule 18, 5 Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York, et al., 5 Cir. 1970, 431
 
 F.2d 409.
 United States Court of Appeals, Fifth Circuit.
 Dec. 29, 1970.
 Henry C. Chappell, Jr., Montgomery, Ala., for plaintiff-Appellant.
 Ira deMent, U.S. Atty., F. E. Leonard, Jr., Asst. U.S. Atty., Montgomery, Ala., for defendant-appellee.
 Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966